```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500031156
Cashier ID: krose
Transaction Date: 03/12/2013
Payer Name: James J Taylor
----------------------------------
CIVIL FILING FEE
 For: James J Taylor
 Case/Party: D-OKW-5-13-CV-000202-001
 Amount:      $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

CIV-13-202-C

Williams v Plains Inspection
Services


Return check fee $53
```